NO.
12-07-00455-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

BRIAN STANSBURY,          §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of manufacture/delivery of a controlled
substance, a first degree felony.  The
trial court assessed punishment at imprisonment for thirty years.  We have received the trial court’s
certification signed by Appellant, his counsel, and the trial court.  See Tex.
R. App. P. 25.2(d).  The
certification states that Appellant has waived his right to appeal.  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered January 9,
2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

(DO NOT PUBLISH)